### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **Little v. Ebbert** | : |
| | | : |
| | | : **Civil Action No. 1:17-CV-1915** |
| **Inmate:** | **Michael R. Little** | : |
| | | : **(Judge Kane)** |
| **ID:** | **59904-066** | : |

### ORDER

On October 20, 2017, the individual listed above, filed the above civil rights complaint without submitting a filing fee, or the proper forms required to proceed *in forma pauperis*. (Doc. 1).

By Administrative Order dated October 24, 2017, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted an application to proceed *in forma pauperis* properly completed and signed Authorization form. An application to proceed *in forma pauperis* and an Authorization form was enclosed with the Order. (Doc. 4).

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

> s/ Yvette Kane
> **YVETTE KANE**
> **United States District Judge**

**DATE: December 6, 2017**