IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL R. LITTLE, : | |
| Plaintiff : | |
| : | No. 1:17-cv-1915 |
| v. : | |
| : | (Judge Kane) |
| WARDEN D. EBBERT, et al., : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 30th day of April 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to terminate Defendants Ebbert, Alama, and Warner from this action in accordance with the Court's December 11, 2018 Memorandum and Order (Doc. Nos. 12, 13);

2. Defendants Pigos and Fasciana's motion to dismiss and/or, in the alternative, for summary judgment (Doc. No. 19) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendants Pigos and Fasciana and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
